UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DANIELLE MERMELSTEIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>- against -<br><br>WINDHAM MOUNTAIN PARTNERS, LLC,<br><br>        Defendant. | **STIPULATION**<br><br>**Civil Action No.**<br>**1:24-CV-00191-DNH-DJS** |

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the plaintiff's request for entry of default against defendant Windham Mountain Partners, LLC is hereby withdrawn, on the merits, with prejudice, and

  IT IS FURTHER STIPULATED AND AGREED that the defendant, Windham Mountain Partners, LLC, shall have a period of 45 days to answer and/or move against the Complaint herein, and

  IT IS FURTHER STIPULATED AND AGREED that Windham Mountain Partners, LLC waives any defense of lack of personal service and lack of personal jurisdiction with regard to this matter.

  This Stipulation shall be submitted to the Magistrate Judge to be SO ORDERED.

Dated: May  9 , 2024

_____
Philip L. Fraietta, Esq.
BURSOR & FISHER, P.A.
Attorneys for Plaintiff
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel. No. (646) 837-7142
pfraietta@bursor.com

Dated:  May 9, 2024

_____
Matthew J. Kelly, Esq.
ROEMER WALLENS GOLD & MINEAUX, LLP
Bar Roll No.: 103118
Attorneys for Defendant
13 Columbia Circle
Albany, New York 12203
Tel. No. (518) 464-1300, Ext. 312
mkelly@rwgmlaw.com

SO ORDERED:

_____
U.S. Magistrate Judge