UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE MERMELSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINDHAM MOUNTAIN PARTNERS, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-00191-DNH-DJS<br><br>**STIPULATION** |

WHEREAS, Plaintiff Danielle Mermelstein ("Plaintiff"), purportedly on behalf of herself and all others similarly situated, filed a Class Action Complaint (the "Complaint") in this matter on February 7, 2024 in the United States District Court for the Northern District of New York. [Dkt No. 1];

WHEREAS, on February 20, 2024, Plaintiff amended her complaint to name Defendant Windham Mountain Partners, LLC ("Defendant") [Dkt. No. 2];

WHEREAS on February 28, 2024, Plaintiff served Defendant with copies of the Summons and Complaint via process server [Dkt. No. 14];

WHEREAS, on June 20, 2024, Defendant moved to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [Dkt. No. 27] ("Motion").

WHEREAS, due to existing litigation conflicts and pre-planned travel surrounding the July 4 holiday, Plaintiff requires additional time to investigate the issues raised on the Motion and respond to the Motion accordingly;

WHEREAS Plaintiff respectfully requests, and Defendant does not oppose, a two-week extension of time from July 11, 2024 to July 25, 2024 to oppose Defendant's Motion, and a corresponding two week extension of time from July 18, 2024 to August 1, 2024;

WHEREAS, this is Plaintiff's first request for an extension of time in this matter;

1

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel, that the time to Plaintiff to file her opposition to Defendant's Motion to dismiss is hereby extended through and including July 25, 2024, and the time for Defendant to file its reply in support of its Motion is hereby extended through and including August 1, 2024.

Dated: July 2, 2024

By:  /s/Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Matthew Girardi (*pro hac vice*)
1330 Avenue of the Americas
New York, NY 10019
Tel: (646) 837-7150
E-mail: pfraietta@bursor.com
mgirardi@bursor.com

**BURSOR & FISHER, P.A**.
Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated: July 2, 2024

By:_____

**ROEMER WALLENS GOLD & MINEAUX LLP**
Matthew J. Kelly, Esq.
13 Columbia Circle
Albany, NY 12203
Tel: (518) 464-1300
Email: mkelly@rwgmlaw.com
Bar Roll No.: 103118

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 07-08-2024

2