UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE MERMELSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINDHAM MOUNTAIN PARTNERS, LLC,<br><br>Defendant. | Case No. Case No. 1:24-cv-00191<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Danielle Mermelstein hereby dismisses without prejudice all claims against Defendant Windham Mountain Partners, LLC.

Dated: July 25, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Philip L. Fraietta*
     Philip L. Fraietta

Philip L. Fraietta
Matthew Girardi (*pro hac vice*)
1330 Avenue of the Americas
New York, NY 10019
Tel: (646) 837-7150
E-mail:  pfraietta@bursor.com
         mgirardi@bursor.com

**BURSOR & FISHER, P.A**.
Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*